IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK G. BRACK, et al.,<br>    Plaintiff,<br><br>v.<br><br>MTA New York City Transit,<br>    Defendant. | Case No: 1:18-cv-00846-ILG-SJB<br>(JURY TRIAL DEMANDED) |

**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF A FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT, APPROVAL OF COURT-ISSUED NOTICE TO PUTATIVE OPT-IN PLAINTIFFS, AND FOR A FINAL FAIRNESS HEARING**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Parties Joint Motion for Preliminary Approval of a Fair Labor Standards Act Settlement Agreement, Approval of Court-Issued Notice to Putative Opt-In Plaintiffs, and for a Final Fairness Hearing, the parties' respectfully request that the Court enter an Order:

1. Preliminarily approving the FLSA Settlement Agreement (Exhibit 1);

2. Authorizing the parties to issue the Notices set forth at Exhibit A to the Settlement Agreement;

3. Scheduling a Final Fairness Hearing after the Notice period; and

4. Requiring the parties to submit a Joint Motion for Final Approval of the Settlement Agreement (including an Unopposed Motion for the Plaintiffs' Attorneys' Fees and Costs) fourteen (14) days prior to the Final Fairness Hearing.

Respectfully submitted,                November 9, 2018

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary
Diana J. Nobile
Hillary LeBeau
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
Email: gkm@wmlaborlaw.com
Email: djn@wmlaborlaw.com
Email: hl@wmlabloraw.com

Andrew C. Quinn (SSN: 4059)
The Quinn Law Firm
399 Knollwood Road
Suite 220
White Plains, NY  10603
Phone: (914) 997 0555
Email: aquinn@quinnlawny.com

*Attorneys for Plaintiffs*


/s/ *Steven D. Hurd*
Steven D. Hurd
Joshua S. Fox
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212-969-3507
Fax: 212-969-2900
Email: shurd@proskauer.com
Email: jfox@proskauer.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing was served on the following parties by filing the document on the Court's ECF system on November 9, 2018:

Steven D. Hurd
Joshua S. Fox
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212-969-3507
Fax: 212-969-2900
Email: jfox@proskauer.com
Email: mdin@proskauer.com
Email: shurd@proskauer.com

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary