IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK G. BRACK, et al.,<br>    Plaintiff,<br><br>v.<br><br>MTA New York City Transit,<br>    Defendant. | Case No: 1:18-cv-00846--SJB<br>(JURY TRIAL DEMANDED) |

**NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF A FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Parties Joint Motion for Final Approval of a Fair Labor Standards Act Settlement Agreement, the parties respectfully request that the Court enter an Order finally approving the FLSA Settlement Agreement (DE 35-3) as fair and reasonable.

Respectfully submitted,                                                   March 26, 2019

/s/ *Gregory K. McGillivary*                                         /s/ *Steven D. Hurd*
Gregory K. McGillivary                                              Steven D. Hurd
Diana J. Nobile                                                           Joshua S. Fox
Hillary LeBeau                                                           Proskauer Rose LLP
WOODLEY & McGILLIVARY LLP                              11 Times Square
1101 Vermont Ave., N.W.                                           New York, NY 10036
Suite 1000                                                                  212-969-3507
Washington, DC 20005                                               Fax: 212-969-2900
Phone: (202) 833-8855                                                Email: shurd@proskauer.com
Email: gkm@wmlaborlaw.com                                  Email: jfox@proskauer.com
Email: djn@wmlaborlaw.com
Email: hl@wmlabloraw.com                                      *Attorneys for Defendant*

Andrew C. Quinn (SSN: 4059)
The Quinn Law Firm
399 Knollwood Road
Suite 220
White Plains, NY  10603
Phone: (914) 997 0555
Email: aquinn@quinnlawny.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that a copy of the foregoing was served on the following parties by filing the document on the Court's ECF system on March 26, 2019:

Steven D. Hurd
Joshua S. Fox
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212-969-3507
Fax: 212-969-2900
Email: jfox@proskauer.com
Email: mdin@proskauer.com
Email: shurd@proskauer.com

Arthur Z. Schwartz
Advocates for Justice, Chartered Attorneys
225 Broadway
Suite 1902
New York, NY 10007
212-285-1400
Fax: 718-228-5537
Email: aschwartz@afjlaw.com

                                                 /s/ *Gregory K. McGillivary*
                                               Gregory K. McGillivary