UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FREDERICK G. BRACK, on behalf of himself and all others similarly situated,

                Plaintiff,                Case No. 18-cv-0846 (ILG)(SJB)

                and

EDWIN ROMERO and DENISE WELLINGTON,        **NOTICE OF APPEAL**
On behalf of the Class of Plaintiffs in *Romero vs Manhattan and Bronx Surface Transit Operating Authority,*

                Proposed Intervenors,

                vs.

MTA NEW YORK CITY TRANSIT,

                Defendant.
------------------------------------------------------------------- X

       Proposed Intervenors Edwin Romero and Denise Wellington, and dismissed Opt-In Plaintiff Christopher Sterbenz, appeal from the Order of April 26, 2019 entered by the Hon. Sanket J. Bulsara approving the settlement agreement, and the Order of Judge Bulsara Denying the Motion to Intervene dated April 9, 2019.

Dated:  New York, New York
          May 1, 2019

                                        ADVOCATES FOR JUSTICE
                                        CHARTERED ATTORNEYS
                                        Attorneys for Edwin Romero, Denise Wellington, and Christopher Sterbenz

                                        By:_____/s/_____
                                            Arthur Z. Schwartz (AZS-2683)
                                        225 Broadway, Suite 1902
                                        New York, New York 10007
                                        Tel.:  (212) 285-1400
                                        Fax:  (212) 285-1410
                                        aschwartz@afjlaw.com

To:    Counsel for All Parties (via ECF)