**MANDATE**

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and nineteen,

_____

Christopher Sterbenz, Opt-In Plaintiff,

        Plaintiff - Appellant,

Edwin Romero, Denise Wellington,

        Intervenors - Appellants,

v.

Frederick G. Brack, Karen R. Alba, Steven J. Bellisari, Andy Blackman, Michael A. Celano, Neal Chernakoff, Kevin P. Goddard, Melanie E. Greene, Elias Jimenez, Renee V. Martinez, Kari Ng, Junior L. Smith, Oscar A. Suarez-Moreno, Adriana S. Valladares Gordon,

        Plaintiffs - Appellees,

v.

MTA New York City Transit,

        Defendants - Appellees.

_____

**ORDER**
Docket No. 19-1304

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 07/16/2019**